```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANCINE FRIEDMAN GRIESING, On Behalf
of Herself and Others Similarly Situated

                  Plaintiffs,

-against-

GREENBERG TRAURIG, LLP

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 12-cv-08734 (WHP)

**ECF CASE**

**STIPULATION OF WITHDRAWAL
AND DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that all claims that were or could have been brought in the above-captioned litigation are hereby withdrawn and shall be and hereby are dismissed in their entirety, with prejudice, and without attorney's fees, costs, or disbursement to any party.

Sanford Heisler, LLP
*Attorneys for Plaintiffs*

By: /s/ Kate Mueting
David W. Sanford, Esq.
Katherine M. Kimpel, Esq.
Kate Mueting, Esq.
1666 Connecticut Ave.
Suite 300
Washington, D.C. 20009
(202) 499-5200

Proskauer Rose LLP
*Attorneys for Defendant*

By: /s/ Bettina B. Plevan
Bettina B. Plevan, Esq.
Patrick J. Lamparello, Esq.
11 Times Square
New York, NY 10036
(212) 969-3200

**SO ORDERED:**

/s/ William H. Pauley
Honorable William H. Pauley, U.S.D.J.

Dated: May 24, 2013